IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERLEY INDUSTRIES, INC. : | CIVIL ACTION |
| : | |
| v. : | No.: 08-5377 |
| : | |
| FEDERAL INSURANCE COMPANIES, INC. : | |

### ORDER

AND NOW, this 21st day of August, 2009, Plaintiff Herley Industries, Inc.'s Motion for Summary Judgment (Document 19) is DENIED and Defendant Federal Insurance Companies, Inc.'s Motion for Summary Judgment (Document 16) is GRANTED. Judgment is entered in favor of Defendant Federal Insurance Companies, Inc. and against Plaintiff Herley Industries, Inc.

The Clerk of Court is directed to mark the above-captioned case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.