# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT



09-3786

Herley Industries Inc v. Federal Insurance Company

5-08-cv-05377 File

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc: Sheila C. BranyanEsq.
Stephanie C. ChomentowskiEsq.
Douglas S. CrosnoEsq.
David J. HenslerEsq.
Ann B. LaupheimerEsq.

Dated: February 18, 2010